IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF OHIO
~~Eastern~~ _Eastern_ DIVISION AT ~~Cleveland~~ _Akron_ OHIO

STEPHEN W. BYERLY,
Plaintiff,

vs.

JAMES L. DEWEESE et al.,
Defendants.

Case No. _____

## AFFIDAVIT OF _Stephen W. Byerly_

United States of America )
State of Ohio           )ss:
Marion County           )

I, _Stephen W. Byerly_ a U.S. citizen, does say and depose that _on or about 1/2/2002, James L. DeWeese, Bambi Couch, Robert R. Whitney, Terry Hitchman, Marques Wolf did violate my civil rights as a U.S. citizen. By prosecuting me without lawful state authority. Acting together conspired to deny me the due process of law and all statutory remedies provided by Ohio and federal law. Defendants_ personally as private citizens violated my civil rights as a citizen of the United States by conspiring together to deny me the due Process of Law by _acting without lawful state authority as judge and prosecutor, and acting as legal counsel in a criminal case not lawfully charged. Thereby denying me of the equal protection of the law afforded to all U.S. citizens. As they acted without_ with the due Process (O.R.C. 7.01) and without State substantive authority. A violation of U.S. Constitutional Amendments 4 and 14 and federal statute 42 U.S.C. 1985 (2)(3).

Sworn to and subscribed before me on this the _12_ day of _April_ 2019.

_Stephen W. Byerly_
(Affiant)

(SEAL)

_Duane G. Ham_
NOTARY
Duane G. Ham
Notary Public, State Of Ohio
My Commission Expires _Sept 13, 2022_