IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN District of Ohio
AT AKRON

STEPHEN W. BYERLY,
PLAINTIFF,

CASE No. 1:19-CV-00912

VS

JUDGE: Solomon Oliver, Jr.

FILED
JUL - 1 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

JAMES L. DEWEESE, et al.,
DEFENDANTS,

MAGISTRATE JUDGE: RUIZ

## Motion to Correct a Clerical Error Pursuant to F.R.C.P. 60(a)

Now comes the plaintiff, Stephen W. Byerly and moves this Court to correct the clerical error entered on 4/23/19 by the Clerk of this Court. The Clerk filed this action as a 42 U.S.C. 1983 Prisoner Civil Rights lawsuite. Byerly filed a 42 U.S.C. 1985 lawsuite. (page 2 of the complaint and civil cover sheet.). Byerly also marked the civil cover sheet indicating a civil rights action 440 not 550. Byerly request a correction of the record. As this error has caused a Magistrate Judge to be assigned to the case, a jurisdictional issue which needs to be resolved. Byerly is not a prisoner pursuant to 28 U.S.C. 1915 (h).

Respectfully submitted,

Stephen W. Byerly

Mr. Stephen W. Byerly, Pro Se
# A434-596
Marion Corr. Inst.
P.O. Box 57
Marion, Ohio
43301-0057

Stephen W. Byerly
#434-590 + 72 Dorm 31
M.C.I.
P.O. Box 57
Marion, Ohio - 43301-0057

"Legal mail"
+
"Legal material"

1:19cv912

CASE NO. 1:19-CV-00912-SO

INMATE MAIL
MARION CORRECTIONAL

United States District Court
For The Northern District of Ohio
Eastern Division
2 South Main Street
Akron, Ohio
44308


THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016