IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AT AKRON

STEPHEN W. BYERLY,
    PLAINTIFF.

    VS.

JAMES L. DEWEESE, ETAL.,
    DEFENDANTS.

CASE NO. 1:19-CV-912

JUDGE: OLIVER

**FILED**

AUG 16 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

---

NOTICE AND AFFIDAVIT OF SERVICE OF THE COMPLAINT

Now comes the PLAINTIFF, Stephen W. Byerly with this NOTICE AND AFFIDAVIT, THAT SERVICE OF THE COMPLAINT (FILED COPY), TWO WAIVERS OF SERVICE, AND A RETURNED SELF-ADDRESSED ENVELOPE WAS MAILED to DEFENDANTS via U.S. MAIL, POSTAGE PREPAID ON 8/10/2019.

I FURTHER AFFIRM that SERVICE PURSUANT to FED. R. C. v. P. RULE 4 (d) WAS MAID 8-10-2019. (SEE; ATTACHED)

STATE OF OHIO )
            ) SS:
MARION COUNTY )

I, STEPHEN W. BYERLY DO HEREBY SWEAR AND AFFIRM under PENALTY OF PERJURY that THE FOREGOING is TRUE AND CORRECT

    Stephen W. Byerly

SWORN to and subscribed BEFORE ME ON this the __5TH__ day of August 2019.

    NOTARY PUBLIC.

(S E A L)

Michelle D Curry
Notary Public - Ohio
My Commission Expires
October 4, 2022