OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**AKRON, OHIO 44308**

**OFFICIAL BUSINESS**

NEOPOST    FIRST-CLASS MAIL

20 AUG '19    08/20/2019
PM 3 L    **US POSTAGE** $000.50⁰



ZIP 44308
041M11272324

**FILED**

**AUG 3 0 2019**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

1:19cv912

Stephen W. Byerly #A434-590
Marion Correctional Institution NIXIE    430    CE 1    2208/26/19
P.O. Box 57    RETURN TO SENDER
960 Marion-Williamspor    NO MAIL RECEPTACLE
Marion, OH 43301-0057    UNABLE TO FORWARD
NMR    BC: 44308187699    *0373-04078-20-43
43302-439346876    |᠁||᠁|᠁|᠁|||᠁|||᠁|᠁||᠁|᠁||᠁||||