# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN W. BYERLY, | : | Case No. 1:19-CV-912 |
| Plaintiff. | : | |
| v. | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| JAMES L. DeWEESE, et al., | : | |
| | : | MAGISTRATE JUDGE DAVID A. RUIZ |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Jonathon C. Elgin, an attorney-at-law duly admitted to the U.S. District Court for the Northern District of Ohio, and appears as counsel on behalf of Defendant Bambi Couch Page. All communications, whether oral or in writing, including any pleadings, motions, notices, memoranda and/or letters, should be served and directed to the undersigned counsel on behalf of said Defendant.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin, Esq. (OH 0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Defendant Bambi Couch Page*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of September, 2019, a true and accurate copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

None

Any by regular U.S. mail, postage prepaid on:

Stephen W. Byerly Inmate # A434590
960 Marion-Williamsport Rd.
PO Box 57
Marion, OH 43301-0057

Hon. James L. DeWeese
50 Park Ave E
Mansfield, OH 44902

Robert H. Whitney, Esq.
13 Park Ave West, STE 300
Mansfield, OH 44902

Terry D. Hitchman, Esq.
3 North Main St. Ste #706
Mansfield, OH 44902

/s/ Jonathon C. Elgin
Jonathon C. Elgin, Esq. (OH 0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Defendant Bambi Couch Page*