IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at AKRON

STEPHEN W. BYERLY, PLAINTIFF,

vs.

JAMES DeWEESE, et al., DEFENDANTS.

CASE No. 19-CV-912 / 19-CV-2882

JUDGE: GAUGHAN

CONSTITUTIONAL CHALLENGE to FEDERAL REMEDIAL STATUTE 28 U.S.C 1915, et seq., PURSUANT to Fed. R. Civ. P. Rule 5, 1(a)(b)

FILED
OCT 26 2020
Clerk of Court, United States District Court
Ohio Northern District - AKRON

PRO SE plaintiff Stephen W. Byerly a citizen in the Marion Corr. Inst files this constitutional challenge to federal remedial statute 28 U.S.C. §1915, et seq. As it was imposed without the due process of law by the District Court. As no substantial/substantive state law was ever filed in this case as a "prisoner". The order of 9-13-19 and 3-9-20 were both invalid as a matter of law.

Plaintiff moves this court for certification of this constitutional challenge to federal remedial statute 28 U.S.C. 1915, et seq., pursuant to 28 U.S.C. 2403 and Fed. R. Civ. P. 5,1(b)

Plaintiff request the Attorney General to intervene within 60 days after filing of this notice, R.5.1(c)

Respectfully submitted,

Stephen W. Byerly
Stephen W. Byerly, PRO SE
#A434-590
M.C.I.
P.O. Box 57
Marion, Ohio
43301-0057

## CERTIFICATION OF SERVICE

I, Stephen W. Byerly do hereby certify that a true copy of the attached Constitutional Challenge to Federal Remedial Statue 28 U.S.C. 1915, et seq pursuant to Fed. R. Civ. P. 5.1(a)(1)(b) was sent to the U.S. Attorney at 2 South Main Street, Rm 208, Akron, Ohio 44308. Mailed this the 17 day of October, 2020 via First-Class U.S. Mail, postage prepaid.

*Stephen W. Byerly*

Stephen W. Byerly
#434-590 † 1-7 Dorm-31
M.C.I.
P.O. Box 57
Marion, Ohio - 43301-0057

Clerk of Court
U.S. District Court
2. South Main Street
Akron, Ohio 44308